# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA KASPERIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SEARS, ROEBUCK AND CO. A CORPORATION; SEARS HOLDING CORPORATION; HUSQVARNA INC.; AND DOE 1; DOE 2; DOE 3; DOE 4; DOES 5 THROUGH 100 INCLUSIVE,<br><br>    Defendants. | Case No. 1:09-CV-01802-LJO-SKO<br><br>**ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE**<br><br>Complaint Filed:  July 1, 2009<br><br>Judge:         Hon. Lawrence J. O'Neill<br>Magistrate:  Hon. Sheila K. Oberto<br>Trial Date:   March 14, 2011 |

The parties hereto, by and through their respective counsel, having entered a Stipulation to continue the Settlement Conference currently scheduled for September 30, 2010 at 10:30 a.m., and having found good cause therefore,

IT IS HEREBY ORDERED that the parties' Stipulation be, and the same is hereby APPROVED, and the Settlement Conference is now continued to October 7, 2010 at 10:30 a.m. in Courtroom 8 before the Honorable Sheila K. Oberto.

IT IS SO ORDERED.

Dated:  **August 26, 2010**                              **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE

-1-     Case No. 1:09-CV-01802-LJO-SKO
[PROPOSED] ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE