# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA KASPERIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SEARS, ROEBUCK AND CO. A CORPORATION; SEARS HOLDING CORPORATION; HUSQVARNA INC.; AND DOE 1; DOE 2; DOE 3; DOE 4; DOES 5 THROUGH 100 INCLUSIVE,<br><br>    Defendants. | Case No. 1:09-CV-01802-LJO-SKO<br><br>**ORDER TO DISMISS ACTION**<br><br>Complaint Filed: July 1, 2009<br><br>Judge:      Hon. Lawrence J. O'Neill<br>Magistrate: Hon. Sheila K. Oberto<br>Trial Date: March 14, 2011 |

The court, having read and accepted the parties' Stipulation to Dismiss Action, ORDERS AS FOLLOWS:

The Court dismisses the entire action, with prejudice, with all parties to bear their own costs and attorneys' fees. The Clerk of the Court is directed to close this action in its entirety.

DATED: September 29, 2010          ./s/ Lawrence J. O'Neill
                                    LAWRENCE J. O'NEILL
                                    UNITED STATES DISTRICT JUDGE